IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Northern Division

IN RE: DEREK DAHLGREN                     BANKRUPTCY CASE NO. 19-22185-RAG
                                          CHAPTER 7

------

DEREK DAHLGREN,

Plaintiff,                                ADVERSARY PROCEEDING NO.

vs.

SUNTRUST BANK
    Serve on:    CSC-Lawyers Incorporating Service Co.
                     7 St. Paul St., Ste. 820
                     Baltimore, MD 21202
    Defendant

_____

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

### INTRODUCTION

Derek Dahlgren, Plaintiff, sues Suntrust Bank (Suntrust) for its violations of the Maryland Consumer Protection Act (MCPA), the Maryland Consumer Debt Collection Act (MCDCA), and the Telephone Consumer Protection Act (TCPA).  Fundamentally this case is about Defendant's refusal to respect Mr. Dahlgren's consumer rights by contacting him to collect a consumer debt in order to harass him, even though it knew he was represented by an attorney.

### PARTIES, JURISDICTION, AND VENUE

1. Mr. Dahlgren is a natural person and is a "consumer" as defined in the FDCPA and the MCPA.

2. Suntrust is believed to be a national banking association.

3. The Court has jurisdiction under 28 U.S.C. §§1334, 1367. Venue is proper in this District and Division pursuant to 28 U.S.C. §1409.

4. This adversary matter is a core proceeding.

## FACTUAL BACKGROUND

6. Mr. Dahlgren had an alleged debt to Suntrust incurred for personal, family or household purposes.

7. Mr. Dahlgren's incurred the alleged debt in a "consumer transaction" as defined by the MCDCA, Md. Code, Com. L. Art., §14-201(c).

8. Mr. Dahlgren hired Wendell Finner PC to represent him with respect to all debts and claims that his creditors may have had against him, and to seek relief from debt collection calls and letters.

9. On June 14, 2019 at 11:37 A.M. Eastern Daylight Time, Mr. Dahlgren, through counsel, advised Suntrust that he was represented by an attorney with respect to all accounts owned or serviced by Suntrust and requested that Suntrust cease all direct contact with Mr. Dahlgren. A true and correct copy of the June 14, 2019 communication to Suntrust, which was confirmed received by Suntrust's fax receiving equipment, is attached hereto as Exhibit A.[1]

10. The June 14, 2019 communication to Suntrust placed Suntrust on notice that (a) Mr. Dahlgren was represented by counsel with regard to his alleged debt, (b) Mr. Dahlgren did not wish to be directly contacted by Suntrust, and (c) Mr. Dahlgren disputed the alleged debt.

---

[1] The fax sent to Suntrust contained a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner 1 E. Chase St. #1109 Baltimore MD 21202 is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Dahlgren as he may request, and to direct all communications to him as my attorney." The notice was signed by Mr. Dahlgren and included him social security number to assist recipients in identifying affected accounts. Due to the inclusion of Mr. Dahlgren's social security number, the Notice of Representation is not filed herewith.

11. On June 26, 2019, and June 27, 2019, Suntrust, notwithstanding that Mr. Dahlgren was represented by counsel, telephoned Mr. Dahlgren in an attempt to collect a debt.

### COUNT I – MARYLAND CONSUMER DEBT COLLECTION ACT

12. Mr. Dahlgren incorporates paragraphs 6-11 hereof.

13. Suntrust could reasonably have expected that its direct communications with Mr. Dahlgren even though Suntrust knew him to be represented by an attorney would abuse and harass him.

14. By communicating with Mr. Dahlgren in such manners Suntrust violated the MCDCA, Md. Code, Com L. Art. §14-202(6).

15. Mr. Dahlgren experienced emotional distress and incurred attorneys' fees caused by Defendants' harassing communications.

WHEREFORE, Plaintiff, Derek Dahlgren, demands judgment against Suntrust Bank for actual damages, attorneys' fees, interest and costs of suit.

### COUNT II – MARYLAND CONSUMER PROTECTION ACT

16. Mr. Dahlgren incorporates paragraphs 6-11 and 13-15 hereof.

17. By violating the MDCPA, Suntrust violated the MCPA, Md. Code, Com L. Art. §13-301 (14).

WHEREFORE, Plaintiff, Derek Dahlgren, demands judgment against Suntrust Bank for actual damages, attorneys' fees, interest and costs of suit.

### COUNT III – UNLAWFUL USE OF TELEPHONE EQUIPMENT

18. Mr. Dahlgren incorporates paragraphs 6-11 hereof.

19. Suntrust's calls on June 26, 2019 and June 27, 2019 were placed to Mr. Dahlgren's cellular telephone without his consent.

20. The telephone calls made to Mr. Dahlgren's cellular telephone were willfully or knowingly made using an automatic telephone dialing system.

21. The telephone calls made to Mr. Dahlgren's cellular telephone were not made for emergency purposes.

22. The telephone calls made to Mr. Dahlgren's cellular telephone violated the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

WHEREFORE, Plaintiff, Derek Dahlgren, demands judgment against Suntrust Bank for actual damages, attorneys' fees, interest and costs of suit.

/s Wendell Finner
WENDELL FINNER, Bar No. 04379
One East Chase Street, Suite 1109
Baltimore, Maryland 21202
(410) 929-2440
(410) 449-1170 fax
himself@wendellfinner.com
*Attorney for Plaintiff*

# WENDELL FINNER PC
## LAW OFFICES

Admitted in Florida, Maryland, Virginia
and the District of Columbia

| CREDITOR/AGENCY NAME: SUNTRUST BANK/ LIGHTSTREAM | Sent to Fax Number:  1-801-567-6651 |
|---|---|

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):  2

| OUR CLIENT: DEREK DAHLGREN | Account No: 97859172 |
|---|---|

DOCUMENT:     Signed Notice of Representation Follows

COMMENTS:     The person who signed the attached notice is represented by the lawyers of this office with respect to all accounts owned or serviced by your firm.  Our client's social security number is provided on the notice for your convenience in identifying all applicable accounts and should not be disclosed to any other party without the client's consent.  This notice is effective until revoked.

Do not contact our client. Do not give our client's information to anybody else so that the recipient will contact our client instead of this office.  If you authorize or instruct any other person to contact our client, or sell or give our client's contact information to anyone else, please tell us who that is or give that party this document.   Any prior permission to contact the client's cellular, home or business phone is revoked.  Our client disputes your claimed debt.  You are specifically advised that the claimed balance of the referenced account contains fees and charges never assented to by our client.  Please be governed accordingly.

One E. Chase St.  #1109                                                                Phone: (410) 929-2440
Baltimore, MD 21202                                                                      Fax:     (410) 449-1170

EXHIBIT A